HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE G. WILCOWSKI,

               Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

               Defendant.

CASE NO. 3:16-CV-05001-RBL-BAT

ORDER REVERSING AND
REMANDING CASE FOR
FURTHER ADMINISTRATIVE
PROCEEDINGS

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1)  The Court adopts the Report and Recommendation [Dkt. #16] on Plaintiff Wilcowski's brief for review of the Commissioner's decision denying Wilcowski disability insurance benefits and supplemental security income [Dkt. #13].

2)  The Commissioner's decision is **REVERSED**, and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

1    3)  The Clerk is directed to send copies of this Order to the parties and to Judge Brian A.

2        Tsuchida.

3    Dated this 26th day of July, 2016.

4

5    _____

6    Ronald B. Leighton
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 2